FLORENCE M. SILVERSTEIN, Appellant, v. DAVID SILVERSTEIN, Respondent.— The plaintiff may enter judgment for the unpaid balance and proceed under the judgment or move to punish for contempt. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

HENRY ERLICH, Appellant, v. RAYE ERLICH, Respondent.—

Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

EDWARD A. JOHNSON, Respondent, v. HARRY J. RIKER et al., Defendants, and CLASSIC HOLDING Co. INC., Appellant. (Action No. 1.) HARRY J. RIKER et al., Plaintiffs, and CLASSIC HOLDING Co. INC., Appellant, v. EDWARD A. JOHNSON, Respondent. (Action No. 2.) CLASSIC HOLDING Co. INC., Appellant, v. EDWARD A. JOHNSON, Respondent. (Action No. 3.) CLASSIC HOLDING Co. INC., Appellant, v. EDWARD A. JOHNSON, Respondent. (Action No. 4.) — No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

ELIZABETH SEVERSKY, Respondent, v. HELENE ANDERSON, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

LEE ADELSON et al., Plaintiffs, v. GEORGE DREYMAN et al., Defendants, and ISIDORE GOLDBERG et al., Appellants. LEWIS GINSBERG, Appellant; JOHN J. O'CONNOR, Respondent.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.; Cohn, J. dissents and votes to reverse and deny the respondent's motion in all respects. Settle order on notice. [See *post*, p. 733.]

AARON NAGOURNEY et al., Appellants, v. PAGE AIRWAYS, INC., Respondent. — Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.